CAUSE NO. 10-3109-C

THE STATE OF TEXAS §
§
VS. §
§
§
FOUR THOUSAND FOUR HUNDRED §
EIGHTY FIVE DOLLARS ($4,485.00) IN §
U.S. CURRENCY §
(Respondents: Eugene Cook, Charlotte §
Cook) §



IN THE 241st JUDICIAL

DISTRICT COURT OF

SMITH COUNTY, TEXAS

## ORDER ON STATE'S ORAL MOTION FOR TRIAL DEFAULT JUDGMENT

ON THIS DAY, the State's Oral Motion for Trial Default Judgment in this cause was considered after the above-numbered cause was called, Plaintiff announced ready, and Respondents, Eugene Cook and Charlotte Cook, did not appear for trial.

After reviewing the pleadings and evidence submitted and hearing argument of counsel, the Court finds that Respondents, Eugene Cook and Charlotte Cook, were the owners and persons in possession of the FOUR THOUSAND FOUR HUNDRED EIGHTY FIVE DOLLARS ($4,485.00) IN U.S. CURRENCY made the subject of the State's Original Notice of Seizure and Intended Forfeiture. The Court further finds that Respondents, Eugene Cook and Charlotte Cook, filed an Answer in this action on November 10, 2010, the case was set for trial on October 25, 2012 at 1:30 p.m., and the State of Texas and Respondents, Eugene Cook and Charlotte Cook, were provided proper and timely notice of trial setting by the Court.

On October 25, 2012, the Court called this case for trial. The State of Texas appeared through her Assistant District Attorney and announced ready. Respondents, Eugene Cook and Charlotte Cook, did not appear and therefore wholly defaulted. Having reviewed the evidence submitted by the State in support of its Oral Motion for Trial Default Judgment, the Court finds that the FOUR THOUSAND FOUR HUNDRED EIGHTY FIVE DOLLARS ($4,485.00) IN U.S. CURRENCY made the subject of this seizure **IS** contraband and is subject to forfeiture pursuant to Chapter 59 of the Code of Criminal Procedure.

It is therefore, ORDERED, ADJUDGED and DECREED that any and all interest of Respondents, Eugene Cook and Charlotte Cook, in the said FOUR THOUSAND FOUR

1

HUNDRED EIGHTY FIVE DOLLARS ($4485.00) IN U.S. CURRENCY is hereby forfeited to the STATE OF TEXAS, with the Assistant Criminal District Attorney acting as agent for the state, and as provided in Chapter 59 of the Texas Code of Criminal Procedure, and the laws of the State of Texas, and to be distributed in accordance with the terms of the local agreement between the attorney representing the State and local law enforcement agencies, in this case, the TYLER POLICE DEPARTMENT.

It is further, ORDERED, ADJUDGED and DECREED that all costs of this suit shall be assessed against the party incurring the same. Any other claim for relief not expressly granted herein is hereby denied.

SIGNED this the 25th day of October, 2012.

_____
JUDGE PRESIDING

2